**THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:06-cr-00005-MR-11**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| **vs.** | ) | **O R D E R** |
| | ) | |
| | ) | |
| **CASEY DILLON WOOD.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court *sua sponte.*

The Defendant was sentenced by this Court on February 5, 2007 to a term of 87 months' imprisonment and four years of supervised release. As part of the pronouncement of sentence, this Court specifically ordered Defendant to pay a total of $3,077.19 in restitution. [See Sentencing Transcript, Doc. 249 at 12]. The written Judgment entered on February 22, 2007, erroneously states the restitution amount owed to be $8,055.69. [See Judgment, Doc. 209 at 4].

Rule 36 of the Federal Rules of Criminal Procedure provides: "After giving any notice it considers appropriate, the court may at any time correct a clerical error in a judgment, order, or other part of the record, or correct an error in the record arising from oversight or omission." Fed. R. Crim. P.

36.  The Court finds that the amount of restitution stated in the Judgment is the result of a clerical error and must be corrected.

Accordingly, **IT IS, THEREFORE, ORDERED** that the Clerk of Court is respectfully directed to prepare an Amended Judgment stating the correct amount of restitution ordered, $3,077.19.

**IT IS SO ORDERED.**   Signed: July 10, 2013

Martin Reidinger
United States District Judge